JS-6

FILED
CLERK, U.S. DISTRICT COURT

February 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>RADWICK ENTERPRISES LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-09206-SJO-JPR<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

*S. James Otero*

Dated: February 24, 2016 _____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE